UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br><br>DIANE J TACASON,<br><br>Debtor | Docket No. 12-11879<br><br>Chapter 7 |
| JOHN GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE J. TACASON and DJAYGEE, INC.,<br><br>    Defendant | Docket No. 12-01096 |

### AFFIDAVIT OF PATRICK M. GROULX IN SUPPORT OF THE MOTION OF THE PLAINTIFF FOR SUMMARY JUDGMENT ON THE PLAINTIFF'S CLAIM FOR A DETERMINATION OF NONDISCHARGEABILITY UNDER 11 U.S.C. § 523(a)(6)

I, Patrick M. Groulx, on personal knowledge, information, and belief, and on oath, do state and depose as follows:

1. I am a member in good standing of the Massachusetts and New Hampshire bars.

2. I am the Plaintiffs' attorney in this action.

3. Attached as Exhibit 1 is a true and accurate copy of the Judgment and Amended Judgment in Gray v. Tacason, Middlesex Superior Court, Docket Number 2009-03791 ("Gray II").

4. Attached as Exhibit 2 is a true and accurate copy of the "Findings and Order on Contempt" entered by the court in Gray II.

1

5. Attached as Exhibit 3 is a true and accurate copy of the "Findings of Fact and Order on Assessment of Damages" entered by the court in Gray II.

6. Attached as Exhibit 4 is a true and accurate copy of the Verified Adversary Complaint filed by the Diane Tacason in Tacason v. Gray (In re Tacason), New Hampshire Bankruptcy Court, Docket Number 12-ap-1104.

Submitted this day under the pains and penalties of perjury,

/s/ Patrick M. Groulx
Patrick M. Groulx

Date: July 10, 2014