# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET#: **MICV2009-03791-G**

RE: Gray v Tacason et al

TO: Patrick M. Groulx, Esquire
Polis Legal
P.O. Box 45504
Somerville, MA 02145

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **11/01/2012** the following entry was made on the above referenced docket:

**AMENDED JUDGMENT pursuant to MRCP 54(b) for plaintiff, John Gray vs defendants, Diane Tacason and DJaygee, Inc., the Court having ORDERED separate and final Judgment; it is ORDERED and ADJUDGED that: The plaintiff, John Gray recover of the defendants, Diane Tacason and DJaygee, Inc. jointly and severally, in amount of $252,500.00 plus interest from 03/20/2008 to 10/30/12 in the amount of $139,879.31 and its costs of action as provided by law. (Bruce R. Henry, Justice). Entered on docket and copies mailed 11/1/2012**

Dated at Woburn, Massachusetts this 1st day of November, 2012.

Michael A. Sullivan,
Clerk of the Courts

BY: Catherine Clancy
Assistant Clerk

Telephone: 781-939-2781

**Commonwealth of Massachusetts**
County of Middlesex
The Superior Court

CIVIL DOCKET# **MICV2009-03791**

John Gray
vs
Diane Tacason,
DJaygee, Inc.

## AMENDED FINAL JUDGMENT
(pursuant to Mass.R.Civ.P. 54(b))

This action came on before the Court, Bruce R. Henry, Justice, presiding, and upon Plaintiff's Motion for entry of separate and final Judgment pursuant to Mass.R. Civ. P. 54(b), no opposition having been filed, and the Court having found and determined that there is no just reason for delay in the entry of final Judgment and therefore allowed said motion, and upon consideration thereof,

It is **ORDERED and ADJUDGED:**

That the plaintiff, John Gray, recover of the defendants Diane Tacason and DJaygee, Inc., jointly and severally, the sum of **$252,500.00** with interest from 03/20/2008 to 10/30/2012 in the amount of **$139,879.31** and its costs of action, as provided by law.

Dated at Woburn, Massachusetts this 1st day of November, 2012.

Michael A. Sullivan,
Clerk of the Courts

By: *Catherine Clancy*
Assistant Clerk

Copies mailed 11/01/2012

cvdjudg54(b)plf.wpd 3919732 motallow clancyc